UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Claire C. Cecchi U.S. District Judge |
| v. | : | Crim. No. 12-52 (CCC) |
| WILLIAM H. GAUGER III | : | **ORDER** |

This matter having been opened to the Court by the parties (Preet S. Bharara, United States Attorney, Southern District of New York (Acting U.S. Attorney pursuant to 28 U.S.C. § 515(a)), by Zahid N. Quraishi and James B. Nobile, Assistant U.S. Attorneys, appearing on behalf of the United States, and Laurence S. Shtasel, Esq., appearing on behalf of defendant William H. Gauger III), for an order continuing the proceedings and excluding time from computation under the Speedy Trial Act of 1974; and there being numerous documents and other materials available for the defendant to review during discovery regarding matters dating back to at least in or about 2004; and the parties needing time to review the significant amount of documents and materials in this matter and to determine from such review whether, or to what extent, to file pretrial motions; and the Court having found, in light of the above, that this case is so unusual and complex that it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial itself within the time limits established by the Speedy Trial Act of 1974; and the attorneys in this matter having other matters pending such that trial within the 70 day time frame established

by the Speedy Trial Act of 1974 would unreasonably deny the defendant and the Government continuity of counsel and the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and the Court having found that an order granting a continuance of the proceedings and excluding time from calculation under the Speedy Trial Act of 1974 should be entered in light of the case being complex, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), and the need for continuity of counsel and to allow for effective preparation of the case, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv); and the parties having consented to the entry of such order; and for good cause shown,

It is on this 5th day of March, 2012,

ORDERED that the period of discovery in this matter shall continue until March 27, 2012 and it is further

ORDERED that the parties appear before the Court on March 27th, 2012, at 12 p.m., for a scheduling conference in this matter for the purposes of setting a briefing schedule and a trial date; and it is further

ORDERED that the time period from the date of this order to March 27, 2012 (the day of the scheduling conference), shall be excluded in computing time under the Speedy Trial Act of 1974.

HON. CLAIRE C. CECCHI
United States District Judge

We hereby consent to the form
and entry of this Order

>    ERIC HOLDER
>    United States Attorney General
>    PREET S. BHARARA
>    United States Attorney
>    for the Southern District of New York
>    Acting U.S. Attorney,
>    pursuant to 28 U.S.C. § 515(a)

By: _____
    James B. Nobile
    Assistant U.S. Attorney


FOR DEFENDANT WILLIAM H GAUGER III:

_____
Laurence S. Shtasel, Esq.
Counsel for defendant William H. Gauger III